IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE DAVID JACKSON,<br><br>                Plaintiff,<br><br>  vs.<br><br>KEVIN R. CHAPPELL, Warden, et al.,<br><br>                Defendants. | No. C 12-2516 CRB (PR)<br><br>ORDER<br><br>(Dkt. #175) |

      Plaintiff recently filed a notice of change of address notifying the court and other parties that he was taken back into custody on October 6, 2014 and has not received any filings in this matter since that date.

      In order to expedite these protracted proceedings, defendants are ordered to serve plaintiff at his new address (Charlie Jackson #1127789, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702), within seven (7) days of this order, a copy of all pleadings defendants filed since October 6, 2014 – defendant Dr. Freiha's motion for summary judgment and supporting documents (dkt. #168 - 173) and defendants Drs. Burton and Fong's reply (dkt. #174) to plaintiff's opposition to their motion for summary judgment.

      Plaintiff shall file an opposition, or notice of non-opposition, to defendant Dr. Freiha's motion for summary judgment by no later than December 19, 2014 and Dr. Freiha shall file a reply to any opposition within fourteen (14) days thereafter. <u>No further extensions of time will granted</u>.

SO ORDERED.

DATED: Nov. 10, 2014

                                          CHARLES R. BREYER<br>                                          United States District Judge

G:\PRO-SE\CRB\CR.12\Jackson, C.12-2516.or5.wpd