IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE JACKSON, #1127769,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>C.D.C.R., et al.,<br><br>　　　　　　　　Defendants. | No. C 12-2516 CRB (PR)<br><br>ORDER<br><br>(Dkt. #186) |

  Plaintiff has filed a motion to alter or amend the judgment entered in this matter on February 18, 2015. Defendants shall file a response to the motion by no later than April 16, 2015, and plaintiff shall file a reply to defendants' response by no later than April 30, 2015.

SO ORDERED.

DATED: April 8, 2015

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.12\Jackson, C.12-2516.or6.wpd