IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE JACKSON, #1127769,<br><br>               Plaintiff,<br><br>vs.<br><br>C.D.C.R., et al.,<br><br>               Defendants. | No. C 12-2516 CRB (PR)<br><br>(9th Cir. No. 15-15547)<br><br>ORDER REGARDING REQUEST FOR DOCUMENTS TO COMPRISE THE EXCERPTS OF RECORD ON APPEAL<br><br>(Dkt. #195 & 197) |

Plaintiff, a prisoner proceeding without counsel on appeal, has filed a request for documents to comprise the excerpts of record on appeal pursuant to Circuit Rule 30-3, and a follow-up letter complaining that his request has not been acted upon.

Although Circuit 30-1.2 provides that appellants and appellees proceeding without counsel need not file excerpts of record on appeal, Circuit 30-3 provides that in cases involving appeals by prisoners proceeding without counsel, "the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents to comprise the excerpts of record."

But "the documents to comprise the excerpts of record" on appeal do not include every document filed in the district court, as petitioner suggest. Circuit Rule 30-1.4 sets out the documents that generally shall be included in the excerpts of record.

      Pursuant to Circuit Rules 30-1.4 and 30-3, the clerk is instructed to forward to plaintiff, within seven days of this order, copies of the following documents: (1) docket sheet; (2) order granting defendants' motion for summary judgment (dkt. #182); (3) judgment (dkt. #183); (4) notice of appeal (dkt. #187); (5) order denying motion to alter judgment (dkt. #193); and (6) notice of appeal (dkt. #194).  Cf. 9th Cir. R. 30-1.5 (excerpts of record generally shall not include briefs or other memoranda of law filed in the district court).

      The clerk is instructed to serve a copy of this order on the parties and on the Ninth Circuit.

SO ORDERED.

DATED: June 10, 2015

                                            CHARLES R. BREYER
                                            United States District Judge