UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE DAVID JACKSON, #1127769,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FONG, et al.,<br><br>    Defendant(s). | Case No. 12-cv-02516-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 216) |

Plaintiff Charlie David Jackson and defendants Fong, Freiha and Burton have filed a stipulation for voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 215 at 1-2.

Pursuant to the parties' stipulation, this action is DISMISSED with prejudice.

The clerk shall close the file and terminate all pending motions (see, e.g., ECF No. 216) as moot.

**IT IS SO ORDERED**.

Dated: March 20, 2018

                                          CHARLES R. BREYER<br>                                          United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. FONG, et al.,<br><br>　　　　Defendants. | Case No. 3:12-cv-02516-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlie Jackson ID: #1127769
Southern Desert Correctional Center
P.O. Box 650
Indian Springs, NV 89070

Dated: March 20, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: /s/ R. Scott
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER